AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

ANTHONY P. KEYTER,

v.

CASE NUMBER:   C08-5235RBL

UNITED STATES OF AMERICA,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This matter is DISMISSED.  Plaintiff is prohibited from filing in this Court any action which arises from his previous divorce and plaintiff's resulting actions to remedy the alleged injustices.  If plaintiff attempts to file in this Court any other action arising from the divorce action or if a matter is transferred to this Court from another District raising this subject matter, it will be summarily dismissed.

DATED :     5/14/2008

      BRUCE  RIFKIN
*Clerk*

     /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring